**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: KIMBERLY D JENKINS          ) Case No. 17 B 17667

         )

         Debtor   ) Chapter 13

         )

         ) Judge: DONALD R CASSLING

### NOTICE OF MOTION

KIMBERLY D JENKINS                DAVID M SIEGEL

PO BOX A3586                      via Clerk's ECF noticing procedures

CHICAGO, IL  60690

Please take notice that on October 10, 2019 at  9:30 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the person(s) named above by U.S. mail at  55 E Monroe St., Chicago, Il 60603 or by the methods indicated on September 25, 2019.

/s/ Tom Vaughn

### TRUSTEE'S MOTION TO OBJECT TO DISCHARGE

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to enter an order determining that debtor is not entitled to a discharge, stating as follows:

1.   Debtor (s) filed the above-captioned Chapter 13 case on June 09, 2017.

2.   The debtor(s) filed a previous Chapter 7 case, # 13-33426 filed on
Aug 22, 2013, discharge having been issued on Dec 04, 2013.

3.   Pursuant to 11 U.S.C. § 1328 (f), "the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor received a discharge--
(1) in a case filed under chapter 7,11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or
(2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order."

WHEREFORE Trustee prays that the Court enter an order that the debtor or debtors are not entitled to a discharge.

Respectfully submitted,

TOM VAUGHN                      /s/ Tom Vaughn

CHAPTER 13 TRUSTEE

55 E. Monroe Street, Suite 3850

Chicago, IL 60603

(312) 294-5900